AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GUILLERMO & LEEANN GARCIA,

                    Plaintiffs,

                          JUDGMENT IN A CIVIL CASE

                    v.

WACHOVIA CORPORATION,

                          CASE NUMBER: CV-10-5146-EFS

                    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in Wells Fargo's favor without prejudice pursuant to the Order Ruling on October 6, 2011-Heard Motions, Entering Judgment, and Closing File entered on October 11, 2011, ECF No. 64.

| | |
|---|---|
| October 11, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |